# United States District Court
### EASTERN DISTRICT OF TEXAS
### SHERMAN DIVISION

| | |
|---|---|
| FLORENCE WOLFE | § |
| | § |
| | § Case No. 4:09-CV-492 |
| | § (Judge Schneider/Judge Mazzant) |
| v. | § |
| | § |
| CAREFIRST OF MARYLAND, INC. D/B/A | § |
| CAREFIRST BLUECROSS BLUESHIELD | § |

## MEMORANDUM ADOPTING REPORT AND RECOMMENDATION OF THE UNITED STATES MAGISTRATE JUDGE

Came on for consideration the report of the United States Magistrate Judge in this action, this matter having been heretofore referred to the United States Magistrate Judge pursuant to 28 U.S.C. § 636. On August 20, 2010, the report of the Magistrate Judge was entered containing proposed findings of fact and recommendations that Plaintiff's Amended Motion to Amend Judgment (Dkt. #39) should be DENIED.

The Court, having made a *de novo* review of the objections raised by Plaintiff, is of the opinion that the findings and conclusions of the Magistrate Judge are correct, and the objections are without merit. Therefore, the Court hereby adopts the findings and conclusions of the Magistrate Judge as the findings and conclusions of this Court.

It is, therefore, **ORDERED** that Plaintiff's Amended Motion to Amend Judgment (Dkt. #39) is DENIED.

It is further **ORDERED** that, pursuant to the Memorandum Adopting Report and Recommendation of the United States Magistrate Judge (Dkt. #37) entered on May 18, 2010, this case is transferred, pursuant to 28 U.S.C. § 1406(a) in the interest of justice and the convenience of the parties, to the District of Maryland**.**

**IT IS SO ORDERED.**

**SIGNED this 9th day of September, 2010.**

MICHAEL H. SCHNEIDER
UNITED STATES DISTRICT JUDGE